IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO. 5:11-cr-42-RS

AVINIE MAURICE BATES, III,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 248).

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 262) is **DISMISSED without prejudice** as premature.

**ORDERED** on November 26, 2012.

                                        **/s/ Richard Smoak**
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**