# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASES NO.  5:11cr42-RH/GRJ
 5:15cv119-RH/GRJ

AVINE MAURICE BATES, III,

    Defendant.

_____/

## ORDER OVERRULING ANY OBJECTION
## TO THE ORDER OF FEBRUARY 17, 2016

A jury convicted the defendant Avine Maurice Bates, III, of conspiracy to commit wire fraud.  After sentencing, he appealed.   The United States Court of Appeals for the Eleventh Circuit affirmed.  Mr. Bates moved for relief under 28 U.S.C. § 2255.  And he moved for release pending a ruling on the § 2255 motion. The magistrate judge denied the motion for release.  ECF No. 392.  Mr. Bates moved to reconsider that ruling.  The magistrate judge denied the motion for reconsideration.  ECF No. 395.

Mr. Bates now has filed a "notice of appeal," ECF No. 397, of the magistrate judge's order denying the motion for reconsideration.  The "notice of

appeal" purports to initiate an appeal to the Eleventh Circuit.  Review of the magistrate judge's order properly lies with the district judge in the first instance.  *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).  I treat the "notice of appeal" as an objection under Rule 72(a).  The order is neither clearly erroneous nor contrary to law.  It is, instead, correct.  This order therefore overrules any Rule 72 objection to the order.

This order also directs the clerk to treat the "notice of appeal" as an appeal to the Eleventh Circuit from the magistrate judge's order.

For these reasons,

IT IS ORDERED:

1.  Any objection, ECF No. 397, to the magistrate judge's order, ECF No. 395, is overruled.  The order is approved.

2.  The clerk must process the "notice of appeal," ECF No. 397, as an appeal to the Eleventh Circuit.

SO ORDERED on April 17, 2016.

s/Robert L. Hinkle
United States District Judge
