# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　CASE NO. 5:11cr42-RH

MAVINIE MAURICE BATES, III,

　　　　Defendant.

_____/

## ORDER DENYING A SENTENCE
## REDUCTION UNDER AMENDMENT 794

　　　　The defendant Mavinie Maurice Bates, III is serving a sentence in the Bureau of Prisons. He has moved to reduce his sentence under United States Sentencing Guidelines Amendment 794. That amendment addresses a defendant's role in the offense of conviction. Mr. Bates asserts his range would have been lower had the amendment been in effect when he was sentenced. That is unlikely, but it does not matter, because Amendment 794 has not been made retroactive. A court cannot reduce a sentence based on this amendment.

Under 18 U.S.C. § 3582(c), a district court "may not modify a term of imprisonment once it has been imposed," subject to specific exceptions. The only exception dealing with guideline amendments provides:

> [I]n the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission . . . the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, *if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission*.

*Id.* § 3582(c)(2) (emphasis added).

The "applicable policy statements issued by the Sentencing Commission," within the meaning of § 3582(c)(2), are set out in *United States Sentencing Guidelines Manual* § 1B1.10. That section lists the amendments that may be applied retroactively—that is, the amendments under which a court may reduce a sentence that has already been imposed.

The Commission has not added Amendment 794 to the list of retroactive amendments. A court thus may not reduce a sentence under Amendment 794.

For these reasons,

IT IS ORDERED:

The motion to reduce the sentence, ECF No. 430, is denied.

SO ORDERED on May 23, 2017.

                                            s/Robert L. Hinkle
                                            United States District Judge